UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO DE LA GARZA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Defendants. | Case No. 25-cv-10305-HSG<br><br>**ORDER DIRECTING RESPONSE TO PETITIONER'S EX PARTE MOTION AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 8 |

Petitioner Carlos Alberto De La Garza filed a habeas petition today, December 1, 2025, following his detention by U.S. Immigration and Customs Enforcement ("ICE") agents during Petitioner's interview for adjustment of status with U.S. Citizenship and Immigration Services. Dkt. No. 1. According to counsel, Petitioner is currently being held by ICE at 630 Sansome Street, San Francisco, California. Later this evening, Petitioner also filed an ex parte motion for a temporary restraining order ("TRO"). Dkt. No. 8. Counsel indicates that he provided notice by email of the case and pending TRO to Civil Division Chief Pamela Johann at the U.S. Attorney's Office for the Northern District of California. *Id.* at 1.

The Court **DIRECTS** Respondents to file a response to the TRO by 5:00 p.m. on Wednesday, December 3, 2025. Petitioner may file a reply by 3:00 p.m. on Thursday, December 4, 2025. The motion will be deemed submitted at that time unless otherwise ordered by the Court. The Clerk is directed to serve this Order via email on Pamela Johann, Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of California, at pamela.johann@usdoj.gov.

**IT IS SO ORDERED.**

Dated: December 1, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge