CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
waqar.hasib @usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARLOS ALBERTO DE LA GARZA,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Respondents, | Case No. 4:25-cv-10305-HSG<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING AND HEARING SCHEDULE ON ORDER TO SHOW CAUSE; DECLARATION** |

Pursuant to Civil Local Rules 6-2 and 7-12, Petitioner and Respondents hereby stipulate and request that the Court modify the briefing and hearing schedule on the order to Respondents to show cause why a preliminary injunction should not issue. The parties seek this modification in order to provide Respondents additional time to investigate and potentially file additional briefing. In support of this request, the parties state as follows:

    1.    On December 1, 2025, Petitioner filed a Petition for Writ of Habeas Corpus against Respondents and an Ex Parte Motion for Temporary Restraining Order. Dkt. Nos. 1, 8.

    2.    On December 4, 2025, the Court issued an Order granting Petitioner's Ex Parte Motion for Temporary Restraining Order in part. Dkt. No. 10. The Court ordered Respondents to immediately release Petitioner from custody and enjoined and restrained Respondents from re-detaining Petitioner

without notice and a pre-deprivation hearing. *Id.* The Court's Order is in effect through December 15, 2025. *Id.*

3. The Court further ordered Respondents to show cause in-person at a hearing on December 11, 2025, why a preliminary injunction should not issue. The Court indicated that the issue could be resolved by briefing already submitted, but instructed that if the parties sought to file additional briefing, they should do so by December 9, 2025. *Id.*

4. Respondents seek additional time to investigate certain factual issues recently raised by Petitioner. In particular, on December 4, 2025, Petitioner filed several exhibits contesting, among other things, Respondents' allegation that Petitioner made an admission while in custody that he illegally reentered the United States on November 18, 2015. Dkt. 11. Undersigned counsel reviewed those exhibits and provided them promptly to counsel for Immigration and Customs Enforcement, recognizing that the issue of when Petitioner last entered the country and in what manner is relevant and material to this proceeding. Undersigned counsel is currently investigating the circumstances surrounding the alleged custodial admission by Petitioner, and needs further time to request, obtain, and review relevant background documentation. Hasib Decl. ¶ 3. Counsel for the parties conferred and propose extending the schedule as follows:

    Any additional briefing is due by December 16, 2025; [1]

    Show cause hearing is continued to December 18, 2025.

5. Respondents agree that the Court's temporary restraining order remain in effect through December 22, 2025. Hasib Decl. ¶ 4.

THEREFORE, IT IS HEREBY STIPULATED that the briefing schedule is extended as set forth above and the hearing on the order to show cause why a preliminary injunction should not issue is

///
///
///
///

---

[1] Once Respondent's investigation is complete, the parties will confer as to whether it is appropriate to submit on the papers.

STIP. & ORDER TO MODIFY BRIEFING & HEARING SCHEDULE ON ORDER TO SHOW CAUSE
NO. 4:25-CV-10305-HSG

continued to December 18, 2025, at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED: December 9, 2025             Respectfully submitted,

                                    CRAIG H. MISSAKIAN
                                    United States Attorney

                                    */s/ S. Waqar Hasib*
                                    S. WAQAR HASIB
                                    Assistant United States Attorney

                                    Counsel for Respondents

DATED: December 9, 2025              */s/ Amalia Wille*
                                    AMALIA WILLE
                                    Counsel for Petitioner

## ECF ATTESTATION

*In compliance with Civil L.R. 5-1(i)(3), the filer of this document attests under penalty of perjury that each of the other signatories have concurred in the filing of this document.

# DECLARATION OF S. WAQAR HASIB

I, S. Waqar Hasib, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for the Respondents in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. I submit this declaration pursuant to Civil Local Rules 6-2 and 7-12 in support of the parties' Stipulation to Modify Briefing and Hearing Schedule on Order to Show Cause.

3. Respondents seek additional time to investigate certain factual matters raised by the Petitioner. Specifically, Petitioner filed several exhibits contesting, among other things, Respondents' allegation that Petitioner made an admission while in custody that he illegally reentered the United States on November 18, 2015. Dkt. 11. I reviewed those exhibits and provided them promptly to counsel for Immigration and Customs Enforcement, recognizing that the issue of when Petitioner last entered the country and in what manner is relevant to this proceeding. I am currently investigating the circumstances surrounding the alleged custodial admission by Petitioner, and need further time to request, obtain, and review relevant background documentation. I conferred with counsel for the Petitioner, who agreed to extend the briefing schedule by one week. The parties further request that the Court continue the hearing on the order to show cause to December 18, 2025.

4. Respondents agree that the Court's temporary restraining order, Dkt. No. 10, will be extended and remain in effect through December 22, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 9, 2025

/s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that the hearing on the order to show cause why a preliminary injunction should not issue is continued to December 18, 2025, at 2:00 p.m. in Courtroom 2 at the Oakland Courthouse. To the extent the parties wish to file additional briefing, such briefing shall be submitted by no later than December 16, 2025. The temporary restraining order is extended and remains in effect through December 22, 2025.

IT IS SO ORDERED.

DATED: 12/10/2025

HON. HAYWOOD S. GILLIAM, JR.
U.S. District Judge