Judah Lakin (SBN 307740)
judah@lakinwille.com
Amalia Wille (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO DE LA GARZA,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, in his official capacity, Acting San Francisco Field Office Director, U.S. Immigration and Customs Enforcement;<br><br>TODD M. LYONS, in his official capacity, Acting Director, U.S. Immigration and Customs Enforcement;<br><br>KRISTI NOEM, in her official Capacity, Secretary of the U.S. Department of Homeland Security; and<br><br>PAMELA BONDI, in her official capacity, Attorney General of the United States,<br><br>Respondents-Defendants. | Case No: 4:25-cv-10305-HSG<br><br>**JOINT STIPULATION FOR ADJUDICATION OF PETITION/COMPLAINT AND ORDER** |

Pursuant to Civil Local Rule 7-12 and the Court's Orders dated December 4, 2025 and December 22, 2025 (Dkt. Nos. 11 and 22), Petitioner-Plaintiff (Petitioner) Carlos Alberto De La Garza and Respondents-Defendants (Respondents) Sergio Albarran, Acting Director of the U.S. Immigration and Customs Enforcement Field Office in San Francisco; Todd M. Lyons, Acting

1  Director of U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary of the U.S.
2  Department of Homeland Security, and Pamela Bondi, Attorney General of the United States,
3  ("The Parties"), through their undersigned counsel of record, hereby stipulate as follows:

4      1. Petitioner's custody status (to wit: non-detained, without an electronic ankle
5  monitor or other GPS monitoring technology or devices) will remain in effect, including during
6  the pendency of any proceedings to remove Petitioner from the United States, and Respondents
7  are enjoined from re-detaining Petitioner unless there is a material change in circumstances. For
8  purposes of this agreement, a material change in circumstances is defined solely as:

9      A. Petitioner's future receipt of a final removal order, as defined in 8 C.F.R.
10  § 1241.1, that can be executed by Respondents; or

11      B. Petitioner's arrest or conviction by local, state, or federal authorities for
12  new criminal conduct if, based on that conduct, Petitioner presents a
13  danger to persons or property, is a threat to national security, or poses a
14  risk of flight.

15      2. The Parties have agreed that a Magistrate Judge in this District retains jurisdiction
16  over matters arising from either Party violating this stipulation and order, including claims that
17  Petitioner was re-arrested in violation of this stipulation and order. Before asserting such a
18  judicial claim, Petitioner agrees to meet and confer with Respondents.

19      3. The Parties stipulate to the Court granting Petitioner's Writ of Habeas Corpus,
20  Dkt. 1, and to the Court's entry of judgment in this case.

Dated: March 6, 2026        Respectfully submitted,

*s/Amalia Wille*
Amalia Wille
Judah Lakin
LAKIN & WILLE LLP
*Attorneys for Petitioner-Plaintiff*

*s/Michael Starrett*
Michael J. Starrett
Special Assistant United States Attorney
United States Attorney's Office

Northern District of California
*Attorney for Respondents-Defendants*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatory of this document. Executed on this 6th day of March, 2026 in Oakland, California.

<u>s/Amalia Wille</u>

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. It is ORDERED that judgment be entered in favor of Petitioner.

DATE:  3/9/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge