UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS ALBERTO DE LA GARZA,

        Petitioner-Plaintiff,

        v.

SERGIO ALBARRAN, in his official capacity, Acting San Francisco Field Office Director, U.S. Immigration and Customs Enforcement;

TODD M. LYONS, in his official capacity, Acting Director, U.S. Immigration and Customs Enforcement;

KRISTI NOEM, in her official Capacity, Secretary of the U.S. Department of Homeland Security; and

PAMELA BONDI, in her official capacity, Attorney General of the United States,

        Respondents-Defendants.

Case No: 4:25-cv-10305-HSG

**JUDGMENT**

Pursuant to the Parties' Stipulation, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus in this matter is granted and that Respondents are enjoined from detaining Petitioner absent a material change in circumstances, as defined in the Parties Stipulation of March 6, 2026.  The Clerk is directed to close this case.

DATE:   3/9/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge