Judah Lakin (SBN 307740)
judah@lakinwille.com
Amalia Wille (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO DE LA GARZA,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, ET. AL.<br><br>Respondents-Defendants. | Case No: 4:25-cv-10305-HSG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR MOTION FOR ATTORNEYS FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

Whereas, the Court granted the Petition for Writ of Habeas Corpus and entered judgment in this matter on March 9, 2026, *see* Dkts. 29, 30; and

Whereas, any motion for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in this case is currently due on April 8, 2026, *see* 28 U.S.C. § 2412(d)(1)(B); and

Whereas, no previous requests or stipulations for enlargements of time regarding the EAJA deadline have been made in this case; and

Whereas Petitioner and Respondent have agreed to extend the filing deadline for any EAJA motion to allow the parties to attempt to resolve any EAJA motion through settlement, and

Stipulation re EAJA Deadline                   1                   Case No. 4:25-CV-10305-HSG

because a current lapse in appropriations affecting the U.S. Department of Homeland Security prevents Respondents from engaging in settlement of attorneys' fees motions,

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and subject to the Court's approval, Petitioner Carlos Alberto De La Garza and Respondents Sergio Albarran, Todd M. Lyons, Markwayne Mullins, and Pamela Bondi, hereby stipulate as follows:

1. The deadline for filing a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act in this case is extended to **June 8, 2026**.

Dated: April 7, 2026                    Respectfully submitted,

                                        *s/Amalia Wille*
                                        Amalia Wille
                                        Judah Lakin
                                        LAKIN & WILLE LLP
                                        *Attorneys for Petitioner-Plaintiff*

                                        *s/Michael Starrett*
                                        Michael J. Starrett
                                        Special Assistant United States Attorney
                                        United States Attorney's Office
                                        Northern District of California
                                        *Attorney for Respondents-Defendants*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatory of this document. Executed on this 7th day of April, 2026.

*s/Amalia Wille*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE:    4/7/2026        _____
                        HAYWOOD S. GILLIAM, JR.
                        United States District Judge

Stipulation re EAJA Deadline            2            Case No. 4:25-CV-10305-HSG