CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL J. STARRETT (NYBN 5444575)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7073
Fax: (415) 436-7000
michael.starrett@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARLOS ALBERTO DE LA GARZA,<br><br>        Petitioner,<br><br>    v.<br><br>SERGIO ALBARRAN, et al.,<br><br>        Respondents. | Case No. 4:25-cv-10305-HSG<br><br>**STIPULATION TO SETTLEMENT OF PETITIONER'S CLAIM FOR FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND ORDER** |

IT IS HEREBY AGREED by and between the undersigned Petitioner and Respondents (together, the "Parties"), as follows:

1.      Petitioner filed this lawsuit on December 1, 2025, seeking (inter alia) a writ of habeas corpus and declaratory and injunctive relief under the Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq.*; the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 *et seq.*; and the Due Process Clause of the Fifth Amendment against U.S. Immigration and Customs Enforcement, the U.S. Department of Homeland Security, and the U.S. Department of Justice.

2.      The Parties stipulated to the Court granting the writ of habeas corpus and the Court's entry of judgment in this case. On March 9, 2026, the Court entered judgment pursuant to the stipulation. Dkt. No. 30.

3.      This Stipulation is entered into by the Parties for the sole purpose of settling a claim for fees and costs pursuant to the Equal Access to Justice Act ("EAJA").

4.      Respondents will pay to Petitioner a sum of $25,000.00 to resolve any and all claims for attorneys' fees and costs under the EAJA in this action. Respondents shall promptly commence processing this payment after the later of the Effective Date of this Agreement or the date when Petitioner provides to Respondents correct payment processing information.

5.      The payment is made in complete satisfaction of any and all claims for attorneys' fees, expenses, costs, interest, and any other sums related to the allegations in the Petition.

6.      Respondents shall provide written instructions to Petitioner's attorneys, and Petitioner's attorneys shall timely provide the requested information to facilitate payment. Petitioner expressly consents for payment to be distributed to their undersigned counsel.

7.      This Stipulation shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns.

8.      The Parties agree that this Stipulation will not be used as evidence in any pending or future civil or administrative action against Respondents, the United States, or any agency or instrumentality of the United States.

9.      Each party acknowledges and agrees that this settlement is a compromise of claims and neither this settlement, nor any consideration provided pursuant to the settlement, shall be taken

or construed to be an admission or concession by Respondents of any kind with respect to Respondents' liability for attorney's fees and costs under the EAJA or any other law.

10.    This Stipulation is governed by the laws of the United States. The exclusive jurisdiction and venue for any dispute relating to this Stipulation is in the United States District Court for the Northern District of California. For purposes of construing this Stipulation, this Stipulation shall be deemed to have been drafted by all Parties and shall not, therefore, be construed against any Party for that reason in any subsequent dispute.

11.    This Stipulation is effective on the date of signature of the last signatory to the Stipulation (the "Effective Date"). Electronic transmissions of signatures shall constitute acceptable, binding signatures for purposes of this Stipulation.

DATED:  June 22, 2026.        Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 /s/ *Michael J. Starrett*
MICHAEL J. STARRETT
Special Assistant United States Attorney
*Attorneys for Respondents*

DATED:  June 22, 2026.        Respectfully submitted,

LAKIN & WILLE LLP

/s/ *Amalia Wille*
AMALIA WILLE
JUDAH LAKIN
*Attorneys for Petitioner*

STIPULATION FOR EAJA FEES
Case No. 4:25-cv-10305-HSG                    2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 6/30/2026

_Haywood S. Gilliam Jr._
HAYWOOD S GILLIAM, JR
United States District Judge

ORDER RE: STIPULATION FOR EAJA FEES
Case No. 4:25-cv-10305-HSG                1